IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| VICTOR W. BAKER, D/B/A ONE TREASURE LIMITED AND ONE TREASURE, LTD., <br>       PLAINTIFF, <br><br> V. <br><br> OCEAN SURFARI CHARTERS, L.L.C., D/B/A OCEAN SURFARI, <br>       DEFENDANT. | § § § § § § § § § § § |

CAUSE NO. 1:21-CV-887LY

## ORDER CLOSING CASE

Before the court is the above entitled cause. On January 13, 2021, the parties filed Parties' Stipulation of Dismissal with Prejudice (Doc. #12). Accordingly,

**IT IS HEREBY ORDERED** that the case is **CLOSED**.

SIGNED this ___14th___ day of January, 2022.

                                                                     _____
                                                                     LEE YEAKEL
                                                                   UNITED STATES DISTRICT JUDGE

FILED
JAN 14 2022
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                      DEPUTY CLERK